**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RETROSPECTION MARKETING LLC., <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S COMPANIES, INC., <br><br> Defendant. | Case No. 2:16-cv-01033-JRG-RSP <br><br> **LEAD CASE** |
| RETROSPECTION MARKETING LLC., a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:16-cv-1069-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

After consideration of the Joint Motion to Stay All Deadlines between Plaintiff Retrospection Marketing LLC and Defendant Wal-Mart Stores, Inc. and the Court being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all deadlines between Plaintiff Retrospection Marketing LLC and Defendant Wal-Mart Stores, Inc. are stayed until and including February 6, 2017. If a motion to dismiss has not been filed by February 6, the parties are ORDERED to appear for a status conference on February 7, 2017, at 9:00 a.m.

**SIGNED this 6th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE