IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RETROSPECTION MARKETING LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:16-cv-01033-JRG-RSP |
| ) | LEAD CASE |
| ) | |
| ) | Civil Action No. 2:16-cv-01069-JRG-RSP |
| ) | |
| WAL-MART STORES, INC. ) | |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) and this Court's October 3, 2016 Standing Order Re Dismissal Papers, and no answer or motion for summary judgment having been served, Plaintiff hereby dismisses this action with prejudice, with each party to bear its own costs and attorney fees.

Dated:  January 10, 2017

/s/Stephen M. Lobbin
Stephen M. Lobbin (admitted in E.D. Tex.)
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949-502-2870
Fax: 949-258-5081
slobbin@onellp.com

Stafford Davis (State Bar No. 24054605)
The Stafford Davis Firm, P.C.
The People's Petroleum Building
102 North College Avenue, Thirteenth Floor
Tyler, Texas 75702
Telephone: (903) 593-7000
Facsimile: (903) 705-7369
sdavis@stafforddavisfirm.com

*Attorneys for Plaintiff Retrospection Marketing LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 10, 2017 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Stephen M. Lobbin
Stephen M. Lobbin